**IT IS ORDERED as set forth below:**



Date: March 17, 2022

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-50438-JRS |
| DENNIS G WALLER, JR., | : | |
| | : | CHAPTER 7 |
| Debtor(s). | : | |
| DENNIS G WALLER, JR., | : | |
| Movant(s), | : | |
| v. | : | |
| LA COUNTY SHERIFF, | : | |
| Respondent(s). | : | |

**ORDER DENYING MOVANT'S MOTION TO AVOID JUDICIAL LIEN**

On February 7th, 2022, the Movant filed a *Motion to Avoid Judicial Lien* (Docket No. 14) (the "Motion").  The Movant, however, failed to satisfy certain content requirements for such a

motion. Movant has not filed the required certificate of service to the Chapter 7 Trustee, Office of the US Trustee and Respondent.

Accordingly, it is **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for want of adequate prosecution.

**[END OF DOCUMENT]**

## DISTRIBUTION LIST

**Dennis G Waller, Jr.**
Unit 276
4445 Northside Parkway, NW
Atlanta, GA 30327

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Hays Financial Consulting, LLC**
Ste 555
2964 Peachtree Rd
Atlanta, GA 30305