# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: 22-50438-JRS
)
Dennis Walker ; )
Walker Group Investments ) Chapter: 7
)
Debtor(s)

__Motion to Re-open Case & Waive Filing fee__

**Motion 1:** Please Reopen my case so that I can File a motion to Avoid liens. The LA Sherrif says they will terminate the levy @ my bank when Bankrupsy Court grants it & directs them too.

**Motion 2:** Fee waiver. My bank account is still Frozen & since I filed I have been evicted & unemployed. I am searching for work

Dated: 6/16/22

Signature: /s/ Dennis Walker

Printed Name: Dennis Walker

Address: 59 Greystone Ridge
Hiram, GA 30141

Phone: 310 869-8738

[Stamp: 2022 JUN 16 PM 2:32 — U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA / Rachand L Smith]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Dennis Waller )  Case No: 22-50438-JRS
Waller Group Investments )  Chapter 7
)
)
Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _____ day of June, 20 22, I served a copy of Motion to Re-open Case's Wave Filing Fee which was filed in this bankruptcy matter on the 18 day of January, 20 22.

Mode of service (check one):    ○ MAILED    ☒ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Los Angeles Sheriff             S. Gregory Hayes
900 Third St  # 1081            Hays Financial Coaching Suite #555
San Fernando  CA  91340         2964 Peachtree Rd, Atlanta, GA, 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 6/16/2022    Signature: _____

Printed Name: Dennis Waller

Address: 59 Greystone Ridge
Hiram GA  30141
310 869-8738

Phone:

(Generic Certificate of Service – Revised 4/13)