UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  )  Case No.: 22-50438-JRS
Dennis Waller  )
Waller Group Investments  )  Chapter: 7
   )
Debtor(s)

Motion to Avoid liens

My Debt has been Discharged.

Motion: I spoke w/ LA County Sherriff's. They need The Bankruptsy Court to send them the motion. Directing LA Sherriff to terminate the levy on my bank account. **CHASE BANK**

I have No money's my only savings is Frozen til released by the Court

Dated: 6/16/2022

Signature: [signed]

Printed Name: Dennis Waller

Address: 59 Greystone Ridge
Hiram GA 30141

Phone: 310 869-8738

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Dennis Waller )  Case No: 22-50438-JRS
Waller Group Investments )
) Chapter 7
)
Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __16__ day of __June__, 20__22__ I served a copy of __Motion to Avoid liens__ which was filed in this bankruptcy matter on the __18__ day of __January__ 20__22__.

Mode of service (check one):    ○ MAILED    ⊗ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Los Angeles Sherriff
900 Third St Room 1081
San Fernando CA 91340

S. Gregory Hays
Hays Financial Consulting
2964 Peachtree Rd #555
Atlanta GA 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 6/16/2022    Signature: /s/

Printed Name: Dennis Waller

Address: 59 Greystone Ridge
Hiram GA 30141

Phone: 310 869 8738

(Generic Certificate of Service – Revised 4/13)